IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ALMA LETICIA VELEZ-HUDSON, | ) | Case No. 14 B 35393 |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | October 31, 2014 at 9:00 a.m. |

### NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE THAT** on October 31, 2014, at 9:00 a.m., I shall appear before the Honorable Judge Bruce W. Black, or any other judge sitting in his stead, 2nd Floor, 150 West Jefferson Street, Joliet, Illinois, and request a hearing on Kyle Hudson's Motion to Modify the Automatic Stay and For Other Relief, a copy of which is attached hereto and hereby served upon you.

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 24th day of October 2014.



             /s/ Gregory K. Stern
              Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

# SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, Illinois 60604-2027

Zane L. Zielinski
Frank Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654

John E. Gierum
Gierum & Mantas
2700 South River Road, Suit 308
Des Plaines, Illinois 60018

**Parties Served Via U.S. Mail**

Alma Laticia Velez-Hudson
12758 Barrow Lane
Plainfield, Illinois 60585

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ALMA LETICIA VELEZ-HUDSON, | ) | Case No. 14 B 35393 |
| | ) | |
| Debtor. | ) | Hon. Bruce W. Black |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | October 31, 2014 at 9:00 a.m. |

**MOTION TO MODIFY THE AUTOMATIC STAY AND FOR OTHER RELIEF**

NOW COMES Kyle Hudson ("Hudson") by and through his attorneys, Gregory K. Stern, Monica C. O'Brien and Rachel S. Sandler, and in support of his Motion to Modify Automatic Stay and For Other Relief, states as follows:

1. On September 30, 2014, Alma Leticia Velez-Hudson (the "Debtor") filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Bankruptcy Case").

2. On the petition, under other names used by the Debtor, the Debtor claimed she was "f/d/b/a Chicago Minibus Travel, Inc."

3. Chicago Minibus Travel, Inc. is an Illinois corporation with its principal place of business in Rosemont, Illinois.

4. Kyle Hudson is a scheduled creditor in the Debtor's Chapter 7 Bankruptcy Case and a creditor of Chicago Minibus Travel, Inc.

5. On October 11, 2012, Kyle Hudson caused a Complaint at Law to be filed against Chicago Minibus Travel, Inc., in the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois, more commonly known as *Kyle A. Hudson v. Chicago Minibus Travel, Inc.*, Case No. 12 MR 001526 (the "Circuit Court Case").

6. On November 7, 2012, the Circuit Court Case was consolidated into Case No. 05 P

150, a probate case involving the Estate of Scott Hudson, the husband of the Debtor, and the father of Kyle Hudson.

7. On September 24, 2014, the 18th Judicial Circuit Court entered a Temporary Restraining Order against Chicago Minibus Travel, Inc. in the Circuit Court Case, a copy of which is attached as Exhibit A and incorporated herein.

8. On October 7, 2014, the 18th Judicial Circuit Court stayed the Circuit Court Case based on the filing of the Debtor's Chapter 7 Bankruptcy Case, and the assertion that the Debtor was d/b/a Chicago Minibus Travel, Inc., a copy of which is attached as Exhibit B and incorporated herein.

9. Section 362(a) does not apply to actions brought against nondebtor entities, "even where there is a close nexus between those nondebtors and their bankrupt affiliates." *In re Winer*, 158 B.R. 736, 743 (Bankr. N.D. Ill. 1993). "[T]he doctrine applies with equal force even where the nondebtor is a corporation wholly owned by the debtor." *Id.* Chicago Minibus Travel Inc. is a nondebtor entity that is not entitled to the protections afforded under Section 362 of the Bankruptcy Code.

10. While Kyle Hudson does not need relief from the automatic stay in order to proceed in the Circuit Court Case, based on the Order entered by the 18th Judicial Circuit Court staying the Circuit Court Case due to the Debtor's Chapter 7 filing, he requests an Order Modifying the Automatic Stay, to the extent applicable, to enforce the Temporary Restraining Order against Chicago Minibus Travel, Inc.

11. Kyle Hudson seeks to modify the automatic stay provisions of 11 U.S.C. §362 and waive the provisions set forth in Bankruptcy Rule 4001(a)(3) to proceed against Chicago Minibus Travel, Inc. and enforce the Temporary Restraining Order against Chicago Minibus Travel, Inc.

**WHEREFORE**, Kyle Hudson prays that this Court enter an Order as follows:

A. Modifying the automatic stay, pursuant to §362 of the Bankruptcy Code, to allow

Kyle Hudson to proceed against Chicago Minibus Travel, Inc. in the Circuit Court of DuPage County, Illinois in the case more commonly known *Kyle A. Hudson v. Chicago Minibus Travel, Inc.*, Case No. 05 P 150;

      B.      Waiving the provisions of Bankruptcy Rule 4001(a)(3); and,

      C.      For such other further relief as this Court deems just.

                                  /s/ Gregory K. Stern
                                    Gregory K. Stern, Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558