ORDER - INACTIVE STATUS

2243  (Rev. 03/0

**STATE OF ILLINOIS**

**UNITED STATES OF AMERICA
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

**COUNTY OF DU PAGE**

KYLE A. HUDSON

vs

CHICAGO MINIBUS
TRAVEL, INC.

12 MR 1526
consolidated with 05 PK50

**CASE NUMBER**

File Stamp Here

**ORDER
INACTIVE STATUS**

This cause coming on to be heard before the Court and the Court being fully advised and having jurisdiction of the subject matter, the Court **FINDS**:

☒ The subject matter of this cause has been stayed by order of the United States Bankruptcy Court under Case No. 14-35393

☐ The subject matter of this cause has been stayed by proceedings in the United States District Court under Case No. _____

☐ The subject matter of this cause has been stayed by proceedings in another case in the State Court known as Case No. _____

☐ That an affidavit has been filed with the Court attesting to active duty in the military service of the United States by a party whose presence is necessary for the full and fair prosecution or defense of the cause of action and that the military service materially impairs the ability of that party to prosecute or defend the action. (Supreme Court Rule 231(c)(1).

☐ This cause has been stayed pending a decision in an interlocutory appeal.

☐ This cause has been stayed by a finding of mental or physical unfitness of the defendant.    **Code 1530**

☐ Thirty days have elapsed after a judgment on the forfeiture being entered.

☐ The defendant is proceeding pursuant to 20 ILCS 305/10-101.

The hearing set for November 6, 2014 at 1:30 p.m. in Room 2005, is

**IT IS ORDERED** that the case be placed on: ☒ INACTIVE STATUS    **Code 1530**   Stricken
☐ MILITARY CALENDAR    **Code 1535**

and this matter is continued to April 14, 2015 at 9:00 A.M. in Court room 2005 and in civil cases the Circuit Court Clerk is directed to give notice of this continuance.

Name: R Terrence Kafman
Rothey & Woodward    ☐ PRO SE

DuPage Attorney Number: 69400

Attorney for: Mathinson, Moyski + Austin

Address: 300 E. Roosevelt Road, Suite 300

City/State/Zip: Wheaton, FL 60187

Telephone Number: 630-668-8500

s/ Sheen
_____
Judge

Date: Oct. 7, 2014

CHRIS KACHIROUBAS, C_____L CIRCUIT COURT ©
WH___

**EXHIBIT**

tabbies

B
_____