# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Alma Laticia Velez-Hudson | § | Case No. 14-35393 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/30/2014. The undersigned trustee was appointed on 09/30/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of   $ 50,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 13,118.31 |
| Bank service fees | 238.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 36,142.79 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/28/2015 and the deadline for filing governmental claims was 03/31/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,700.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,700.00 , for a total compensation of $ 5,700.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 29.90 , for total expenses of $ 29.90 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/08/2016          By:/s/Zane L. Zielinski
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-35393 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Alma Laticia Velez-Hudson | | | | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/23/2014 |
| For Period Ending: | 06/08/2016 | | | | Claims Bar Date: | 01/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand: Pocket Cash | 40.00 | 0.00 | | 0.00 | FA |
| 2. Checking | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household goods: Normal Household goods and related accessor | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel: Normal wardrobe and related accessories | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Life Insurance: $3 mil death benefit term policy -- son bene | 0.00 | 0.00 | | 0.00 | FA |
| 6. Stock: 100% Chicago Minibus Travel, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 7. Accounts Receivable: Saint Maarten Penthouse | 0.00 | 0.00 | | 0.00 | FA |
| 8. Accounts Receivable: Salary from Chicago Minibus | 280,000.00 | 0.00 | | 0.00 | FA |
| 9. Litigation: Legal malpractice claim in case no. 2009L 7149 p | Unknown | 49,500.00 | | 50,000.00 | FA |
| 10. Automobiles: 01 Jaguar | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. Automobiles: '06 Kia Sportage | 3,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $291,540.00          $49,500.00                              $50,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is seeking approval of a settlement of a legal malpractice case against the Debtor's former attorney.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | | |
|---|---|---|---|---|
| RE PROP # | 2  | -- | Checking account | |
| RE PROP # | 3  | -- | Household goods | |
| RE PROP # | 4  | -- | Wearing apparel | |
| RE PROP # | 5  | -- | $3 Mil Death Benefit Term Policy---Son Beneficiary. Could Be | |
| RE PROP # | 6  | -- | 100% Chicago Minibus Travel, Inc. stock | |
| RE PROP # | 7  | -- | Debtor May Have A Lien Or Ownership Interest In St. Maarten. The Debtor released claim to this asset in settlement agreement subject to malpractice cause of action. | |
| RE PROP # | 8  | -- | Debtor Owed Salary And Expense Reimbursement Form Chicagho M | |
| RE PROP # | 9  | -- | legal malpractice claim in case no. 2009L 7149 pending in Law Division Circuit Court of Cook County against Douglas C. Tibble and Brooks, Tarulis and Tibble LLC | |
| RE PROP # | 10 | -- | '01 Jaguar | |
| RE PROP # | 11 | -- | '06 Kia Sportage | |

Exhibit A

Initial Projected Date of Final Report (TFR): 06/30/2016        Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |    | | |
|---|---|---|---|---|
| Case No: | 14-35393 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Alma Laticia Velez-Hudson | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX4487 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3362 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/08/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/16 | 9 | KONICEK & DILLON, P.C.<br>21 W. STATE STREET<br>GENEVA, IL 60134 | Settlement Payment | 1149-000 | $50,000.00 | | $50,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.99 | $49,988.01 |
| 02/10/16 | 5001 | Illinois Department of Revenue<br>PO Box 19009<br>Springfield, IL 62794-9053 | Tax Payment | 2820-000 | | $1,205.00 | $48,783.01 |
| 02/10/16 | 5002 | US Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Tax Payment | 2810-000 | | $3,135.00 | $45,648.01 |
| 02/20/16 | 5003 | Law Offices of William J. Factor, LTD.<br>105 W. Madison Avenue<br>Suite 1500<br>Chicago, Illinois 60602 | Attorney's fees | 3110-000 | | $8,729.25 | $36,918.76 |
| 02/20/16 | 5004 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, Illinois 60602 | Trustee's Attorneys Expenses | 3120-000 | | $49.06 | $36,869.70 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.11 | $36,804.59 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.72 | $36,749.87 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.88 | $36,696.99 |
| 05/11/16 | 5005 | Alma Laticia Velez-Hudson<br>12758 Barrow Lane,<br>Plainfield, IL 60585 | debtor's Exemption | 8100-002 | | $500.00 | $36,196.99 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.20 | $36,142.79 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $50,000.00      $13,857.21

| | | |
|---|---:|---:|
| COLUMN TOTALS | $50,000.00 | $13,857.21 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $50,000.00 | $13,857.21 |
| Less: Payments to Debtors | $0.00 | $500.00 |
| Net | $50,000.00 | $13,357.21 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4487 - Checking | $50,000.00 | $13,357.21 | $36,142.79 |
|  | $50,000.00 | $13,357.21 | $36,142.79 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-35393  
Debtor Name: Alma Laticia Velez-Hudson  
Claims Bar Date: 1/28/2015  

Date: June 9, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $5,700.00 | $5,700.00 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $29.90 | $29.90 |
| 100 2810 | US Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Administrative | | $0.00 | $3,135.00 | $3,135.00 |
| 100 2820 | Illinois Department of Revenue (Tax)<br>PO Box 19009<br>Springfield, IL 62794-9053 | Administrative | | $0.00 | $1,205.00 | $1,205.00 |
| 100 3110 | Law Offices of William J. Factor, LTD.<br>105 W. Madison Avenue<br>Suite 1500<br>Chicago, Illinois 60602 | Administrative | | $0.00 | $8,729.25 | $8,729.25 |
| 100 3120 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, Illinois 60602 | Administrative | | $0.00 | $49.06 | $49.06 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $1,358.90 | $1,358.90 |
| 100 3420 | Alan D. Lasko & Associates, o.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $9.78 | $9.78 |
| 1 300 7100 | Philip Mitchell<br>11353 Ave G<br>Chicago, Il 60617 | Unsecured | This claim was amended from a priority claim to an unsecured claim on May 2, 2016. | $0.00 | $1,800.00 | $1,800.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-35393 Date: June 9, 2016
Debtor Name: Alma Laticia Velez-Hudson
Claims Bar Date: 1/28/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>300<br>7100 | Wilson Coleman<br>6950 S Jeffery Blvd<br>Apt 2A<br>Chicago, Il 60649 | Unsecured | This claim was amended from a priority claim to an unsecured claim on May 2, 2016. | $0.00 | $961.57 | $961.57 |
| 3<br>300<br>7100 | Weissberg And Associates, Ltd.<br>401 S. Lasalle Street, Suite 403<br>Chicago, Illinois 60605 | Unsecured | | $0.00 | $2,421.25 | $2,421.25 |
| 4<br>300<br>7100 | Weissberg And Associates, Ltd.<br>401 S. Lasalle Street, Suite 403<br>Chicago, Illinois 60605 | Unsecured | This claims was duplicative of Claim 3, and was withdrawn by request from the Trustee. | $0.00 | $2,421.25 | $2,421.25 |
| 5<br>300<br>7100 | Chicago Mini Bus<br>Aka Alma Letty Hudson<br>Mathieson Moyski Austin & Co<br>211 S Wheaton Ave Suite 300<br>Wheaton, Il 60187 | Unsecured | | $0.00 | $4,231.00 | $4,231.00 |
| 6<br>300<br>7100 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $1,359.16 | $1,359.16 |
| 7<br>300<br>7100 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $262.01 | $262.01 |
| 8<br>300<br>7100 | Quantum3 Group Llc As Agent For Sadino Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $302.96 | $302.96 |
| 9<br>300<br>7100 | Women"s Business Development Center<br>C/O Teller, Levit & Silvertrust, P.C.<br>19 S. Lasalle - Suite 701<br>Chicago, Illinois 60603 | Unsecured | | $0.00 | $75,519.26 | $75,519.26 |
| 10<br>300<br>7100 | Kyle Hudson<br>C/O Gregory K Stern Pc<br>53 W Jackson Blvd Ste 1442<br>Chicago, Il 60604 | Unsecured | | $0.00 | $739,116.15 | $739,116.15 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-35393  
Debtor Name: Alma Laticia Velez-Hudson  
Claims Bar Date: 1/28/2015  
Date: June 9, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | Brooks, Tarulis & Tibble, Llc<br>101 N. Washington<br>Naperville, Il 60540 | Unsecured | Claim Release as part of settlement agreement approved by the court. | $0.00 | $81,080.29 | $81,080.29 |
| 12 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $624.55 | $624.55 |
| | Case Totals | | | $0.00 | $930,316.34 | $930,316.34 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-35393
Case Name: Alma Laticia Velez-Hudson
Trustee Name: Zane L. Zielinski

| Balance on hand | $ | 36,142.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 5,700.00 | $ 0.00 | $ 5,700.00 |
| Trustee Expenses: Zane L. Zielinski | $ 29.90 | $ 0.00 | $ 29.90 |
| Attorney for Trustee Fees: Law Offices of William J. Factor, LTD. | $ 8,729.25 | $ 8,729.25 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,358.90 | $ 0.00 | $ 1,358.90 |
| Other: Alan D. Lasko & Associates, o.C. | $ 9.78 | $ 0.00 | $ 9.78 |
| Other: Illinois Department of Revenue (Tax) | $ 1,205.00 | $ 1,205.00 | $ 0.00 |
| Other: The Law Offices of William J. Factor, LTD | $ 49.06 | $ 49.06 | $ 0.00 |
| Other: US Treasury | $ 3,135.00 | $ 3,135.00 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 7,098.58 |
| Remaining Balance | $ 29,044.21 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 826,597.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Philip Mitchell | $ 1,800.00 | $ 0.00 | $ 63.25 |
| 2 | Wilson Coleman | $ 961.57 | $ 0.00 | $ 33.79 |
| 3 | Weissberg And Associates, Ltd. | $ 2,421.25 | $ 0.00 | $ 85.08 |
| 5 | Chicago Mini Bus | $ 4,231.00 | $ 0.00 | $ 148.66 |
| 6 | Capital One Bank (Usa), N.A. | $ 1,359.16 | $ 0.00 | $ 47.76 |
| 7 | Capital One Bank (Usa), N.A. | $ 262.01 | $ 0.00 | $ 9.21 |
| 8 | Quantum3 Group Llc As Agent For | $ 302.96 | $ 0.00 | $ 10.65 |
| 9 | Women"s Business Development Center | $ 75,519.26 | $ 0.00 | $ 2,653.52 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Kyle Hudson | $ 739,116.15 | $ 0.00 | $ 25,970.36 |
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | $ 624.55 | $ 0.00 | $ 21.93 |
| | Total to be paid to timely general unsecured creditors | | | $ 29,044.21 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE