# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Alma Laticia Velez-Hudson,** | Bankruptcy No. 14-35393 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #66)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on July 1, 2016.

Dated: July 4, 2016                    **Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Alma Laticia Velez-Hudson**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **John E Gierum**  john@gierummantas.com, karen@gierummantas.com
- **Ariane Holtschlag**  aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- **Meghan Hubbard**  meghan@hubbardlawchicago.com, nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Ariel Weissberg**  ariel@weissberglaw.com,

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Pyod, Llc Its Successors And Assigns As Assignee
Of Fnbm, Llc
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

**VIA U.S. MAIL**
Kyle Hudson
C/O Gregory K Stern Pc
53 W Jackson Blvd Ste 1442
Chicago, Il 60604

**VIA U.S. MAIL**
**Alma Laticia Velez-Hudson**
12758 Barrow Lane
Plainfield, IL 60585

**VIA U.S. MAIL**
Women"s Business Development Center
C/O Teller, Levit & Silvertrust, P.C.
19 S. Lasalle - Suite 701
Chicago, Illinois 60603

**VIA U.S. MAIL**
Quantum3 Group Llc As Agent For
Sadino Funding Llc
Po Box 788
Kirkland, Wa 98083-0788

**VIA U.S. MAIL**
Capital One Bank (Usa), N.A.
By American Infosource Lp As Agent
Po Box 71083
Charlotte, Nc 28272-1083

**VIA U.S. MAIL**
Chicago Mini Bus
Aka Alma Letty Hudson
Mathieson Moyski Austin & Co
211 S Wheaton Ave Suite 300
Wheaton, Il 60187

**VIA U.S. MAIL**
Weissberg And Associates, Ltd.
401 S. Lasalle Street, Suite 403
Chicago, Illinois 60605

**VIA U.S. MAIL**
Wilson Coleman
6950 S Jeffery Blvd
Apt 2A
Chicago, Il 60649

**VIA U.S. MAIL**
Philip Mitchell
11353 Ave G
Chicago, Il 60617