UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Alma Laticia Velez-Hudson | § | Case No. 14-35393 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                           Assets Exempt: 3,009,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 29,044.21      Claims Discharged
                                                 Without Payment: 1,919,687.70

Total Expenses of Administration: 20,455.79

---

3) Total gross receipts of $ 50,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 500.00  (see **Exhibit 2**), yielded net receipts of $ 49,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,734.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,455.79 | 20,455.79 | 20,455.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,171,974.00 | 910,099.45 | 910,099.45 | 29,044.21 |
| **TOTAL DISBURSEMENTS** | $ 1,174,708.00 | $ 930,555.24 | $ 930,555.24 | $ 49,500.00 |

   4)  This case was originally filed under chapter 7 on  09/30/2014 .  The case was pending for 25 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  10/12/2016           By:/s/Zane L. Zielinski
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Litigation: Legal malpractice claim in case no. 2009L 7149 p | 1149-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Alma Laticia Velez-Hudson | Exemptions | 8100-002 | 500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 500.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Po Box 15298 Wilmington, DE 19850 | | 2,734.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 2,734.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 5,700.00 | 5,700.00 | 5,700.00 |
| Zane L. Zielinski | 2200-000 | NA | 29.90 | 29.90 | 29.90 |
| Associated Bank | 2600-000 | NA | 238.90 | 238.90 | 238.90 |
| US Treasury | 2810-000 | NA | 3,135.00 | 3,135.00 | 3,135.00 |
| Illinois Department of Revenue (Tax) | 2820-000 | NA | 1,205.00 | 1,205.00 | 1,205.00 |
| Law Offices of William J. Factor, LTD. | 3110-000 | NA | 8,729.25 | 8,729.25 | 8,729.25 |
| The Law Offices of William J. Factor, LTD | 3120-000 | NA | 49.06 | 49.06 | 49.06 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 1,358.90 | 1,358.90 | 1,358.90 |
| Alan D. Lasko & Associates, o.C. | 3420-000 | NA | 9.78 | 9.78 | 9.78 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,455.79 | $ 20,455.79 | $ 20,455.79 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI 1310 Martin Luther King Drive Bloomington, IL 61702-3517 | | 0.00 | NA | NA | 0.00 |
| | AMB Prologis Partners 9740 West Foster Chicago, IL 60656 | | 0.00 | NA | NA | 0.00 |
| | Applied Bank 4700 Exchange Cour Boca Raton, FL  33431 | | 425.00 | NA | NA | 0.00 |
| | Applied Bank PO Box 17120 Wilmington, DE  19886-7120 | | 0.00 | NA | NA | 0.00 |
| | ARS National Services, Inc. PO Box 463023 Escondido, CA  92046-3023 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 5014 Carol Stream, IL 60197-5014 | | 0.00 | NA | NA | 0.00 |
| | Austin Travel 2S437 Golf View Drive Glen Ellyn, IL 60137 | | 0.00 | NA | NA | 0.00 |
| | Best Bus Sales 1216 Rand Road Des Plaines, IL 60016 | | 0.00 | NA | NA | 0.00 |
| | Brooks Adams Tarulis C/O Konicek & Dillon P.C. 21 W. State Street Geneva, IL 60134 | | 0.00 | NA | NA | 0.00 |
| | Capital One - Spark P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,953.00 | NA | NA | 0.00 |
| | City Of Chicago Finance Department 121 North LaSalle Street, 7th Floor Chicago, IL 60602 | | 70,000.00 | NA | NA | 0.00 |
| | Coman & Anderson Attorneys 650 Warrenville Road, Ste. 500 Lisle, IL 60532 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Costco Card PO Box 34331 Seattle, WA 98124 | | 0.00 | NA | NA | 0.00 |
| | Credit Management, LP 4200 International Parkway Carrollton, TX 75007-1912 | | 0.00 | NA | NA | 0.00 |
| | Damian Hudson 183 Oak Street Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Derrick Hudson 183 Oak Street Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Donald L. Johnson Donald L. Johnson, P.C. 33 N. Dearborn St., Ste. 1401 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Doug Tibble Brooks, Adams & Tarulis 101 N. Washington Street Naperville, IL 60540 | | 0.00 | NA | NA | 0.00 |
| | Dupage Emergency Phys. 900 Oakmont Lane Westmont, IL 60559 | | 0.00 | NA | NA | 0.00 |
| | Elmhurst Public Library 125 S. Prospect Avenue Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Estate Of Scott G. Hudson C/O Matthew T. Caruso 411 W. Wesley Wheaton, IL 60187 | | 664,882.00 | NA | NA | 0.00 |
| | George And Brenda Hudson 2S437 Golf View Drive Glen Ellyn, IL 60137 | | 0.00 | NA | NA | 0.00 |
| | Holiday Travel 2S437 Golfview Drive Glen Ellyn, IL 60137 | | 0.00 | NA | NA | 0.00 |
| | Hudson Group, Ltd. 183 Oak Street Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Huntleigh Buses 13788 Lakefront Drive Earth City, MO 63045 | | 100,000.00 | NA | NA | 0.00 |
| | IBM Credit, LLC C/O David B. Halpin 1400 Torrence, #211A Calumet City, IL 60409 | | 30,000.00 | NA | NA | 0.00 |
| | Joann M. Dancy-Hudson 3132 North Ernst Franklin Park, IL 60131 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John C. Dax Law Office Of John C. Dax, P.C. 1100 East Washington St., Ste. 201 Grayslake, IL 60030-7963 | | 0.00 | NA | NA | 0.00 |
| | Massage Envy 191 Illinois 83 Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Matthew T. Caruso Roberts & Caruso 411 W. Wesley Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | Metropolitan Club Willis Tower 233 S. Wacker Drive, 67th Floor Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Midwest HR 1200 Internationale Parkway Woodridge, IL 60517 | | 0.00 | NA | NA | 0.00 |
| | Mike Celer & Ron Austin Mattieson, Moyski, Celer & Austin 211 S. Wheaton Ave., Ste. 300 Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | North Side Community Federal Credit Unio 1011 W. Lawrence Avenue Chicago, IL 60640 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Office Depot 6600 North Military Trail Boca Raton, FL 33496 | | 0.00 | NA | NA | 0.00 |
| | Regus 5600 River Road Rosemont, IL  60018 | | 0.00 | NA | NA | 0.00 |
| | Richard A. Cowen Stahl, Cowen, Crowley & Addis, LLC 55 West Monroe, Ste. 1200 Chicago, IL  60603 | | 0.00 | NA | NA | 0.00 |
| | Rosemont Trolly & Transportation Co. 226 Park Street Bensenville, IL  60106 | | 0.00 | NA | NA | 0.00 |
| | Sam's Club/Synchrony Bank PO Box 530981 Atlanta, GA 30353-0981 | | 0.00 | NA | NA | 0.00 |
| | Shriver 340 W. Butterfield Road, Ste. 2B Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | Steve And Cindy Hudson 183 Oak Street Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | The Trolley Car  Company 226 Park Street Bensenville, IL  60106 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Tim Antos Antos Advisors 500 W. Palatine Road, Ste. 102 Wheeling, IL 60090 |  | 0.00 | NA | NA | 0.00 |
|  | T-Mobile Bankruptcy Team PO Box 53410 Bellevue, WA 98015-3410 |  | 0.00 | NA | NA | 0.00 |
|  | Unique National Collec 119 E. Maple Stree Jeffersonville, IN 47130 |  | 140.00 | NA | NA | 0.00 |
|  | VEDC Business Center 5121 Van Nuys Blvd., 3rd Floor Van Nuys, CA 91403 |  | 250,000.00 | NA | NA | 0.00 |
|  | Vincent L. DiTommaso & Peter S. Lubin DiTommasso & Lubin, PC 17 West 220 22nd Street, Ste. 200 Oakbrook Terrace, IL 60181 |  | 0.00 | NA | NA | 0.00 |
| 11 | Brooks, Tarulis & Tibble, Llc | 7100-000 | NA | 81,080.29 | 81,080.29 | 0.00 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | 1,505.00 | 1,359.16 | 1,359.16 | 47.76 |
| 7 | Capital One Bank (Usa), N.A. | 7100-000 | 262.00 | 262.01 | 262.01 | 9.21 |
| 10 | Kyle Hudson | 7100-000 | 0.00 | 739,116.15 | 739,116.15 | 25,970.36 |
| 5 | Mathieson Moyski Austin & Co | 7100-000 | NA | 4,231.00 | 4,231.00 | 148.66 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Philip Mitchell | 7100-000 | NA | 1,800.00 | 1,800.00 | 63.25 |
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 579.00 | 624.55 | 624.55 | 21.93 |
| 8 | Quantum3 Group Llc As Agent For | 7100-000 | 228.00 | 302.96 | 302.96 | 10.65 |
| 3 | Weissberg And Associates, Ltd. | 7100-000 | 0.00 | 2,421.25 | 2,421.25 | 85.08 |
| 4 | Weissberg And Associates, Ltd. | 7100-000 | NA | 2,421.25 | 2,421.25 | 0.00 |
| 2 | Wilson Coleman | 7100-000 | NA | 961.57 | 961.57 | 33.79 |
| 9 | Women"s Business Development Center | 7100-000 | 50,000.00 | 75,519.26 | 75,519.26 | 2,653.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,171,974.00 | $ 910,099.45 | $ 910,099.45 | $ 29,044.21 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-35393 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | Alma Laticia Velez-Hudson | | | | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/23/2014 |
| For Period Ending: | 10/12/2016 | | | | Claims Bar Date: | 01/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand: Pocket Cash | 40.00 | 0.00 | | 0.00 | FA |
| 2. Checking | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household goods: Normal Household goods and related accessor | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel: Normal wardrobe and related accessories | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Life Insurance: $3 mil death benefit term policy -- son bene | 0.00 | 0.00 | | 0.00 | FA |
| 6. Stock: 100% Chicago Minibus Travel, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 7. Accounts Receivable: Saint Maarten Penthouse | 0.00 | 0.00 | | 0.00 | FA |
| 8. Accounts Receivable: Salary from Chicago Minibus | 280,000.00 | 0.00 | | 0.00 | FA |
| 9. Litigation: Legal malpractice claim in case no. 2009L 7149 p | Unknown | 49,500.00 | | 50,000.00 | FA |
| 10. Automobiles: 01 Jaguar | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. Automobiles: '06 Kia Sportage | 3,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $291,540.00    $49,500.00    $50,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report was approved.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Checking account |
| RE PROP # | 3 | -- | Household goods |
| RE PROP # | 4 | -- | Wearing apparel |
| RE PROP # | 5 | -- | $3 Mil Death Benefit Term Policy---Son Beneficiary. Could Be |
| RE PROP # | 6 | -- | 100% Chicago Minibus Travel, Inc. stock |
| RE PROP # | 7 | -- | Debtor May Have A Lien Or Ownership Interest In St. Maarten. The Debtor released claim to this asset in settlement agreement subject to malpractice cause of action. |
| RE PROP # | 8 | -- | Debtor Owed Salary And Expense Reimbursement Form Chicagho M |
| RE PROP # | 9 | -- | legal malpractice claim in case no. 2009L 7149 pending in Law Division Circuit Court of Cook County against Douglas C. Tibble and Brooks, Tarulis and Tibble LLC |
| RE PROP # | 10 | -- | '01 Jaguar |
| RE PROP # | 11 | -- | '06 Kia Sportage |

Initial Projected Date of Final Report (TFR): 06/30/2016     Current Projected Date of Final Report (TFR): 06/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35393 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Alma Laticia Velez-Hudson | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4487 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3362 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/16 | 9 | KONICEK & DILLON, P.C.<br>21 W. STATE STREET<br>GENEVA, IL 60134 | Settlement Payment | 1149-000 | $50,000.00 | | $50,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.99 | $49,988.01 |
| 02/10/16 | 5001 | Illinois Department of Revenue<br>PO Box 19009<br>Springfield, IL 62794-9053 | Tax Payment | 2820-000 | | $1,205.00 | $48,783.01 |
| 02/10/16 | 5002 | US Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Tax Payment | 2810-000 | | $3,135.00 | $45,648.01 |
| 02/20/16 | 5003 | Law Offices of William J. Factor, LTD.<br>105 W. Madison Avenue<br>Suite 1500<br>Chicago, Illinois 60602 | Attorney's fees | 3110-000 | | $8,729.25 | $36,918.76 |
| 02/20/16 | 5004 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, Illinois 60602 | Trustee's Attorneys Expenses | 3120-000 | | $49.06 | $36,869.70 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.11 | $36,804.59 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.72 | $36,749.87 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.88 | $36,696.99 |
| 05/11/16 | 5005 | Alma Laticia Velez-Hudson<br>12758 Barrow Lane,<br>Plainfield, IL 60585 | debtor's Exemption | 8100-002 | | $500.00 | $36,196.99 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.20 | $36,142.79 |

Page Subtotals: $50,000.00 $13,857.21

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35393 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Alma Laticia Velez-Hudson | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4487 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3362 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/16 | 5006 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $5,729.90 | $30,412.89 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($5,700.00) | 2100-000 | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($29.90) | 2200-000 | | |
| 07/29/16 | 5007 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,358.90 | $29,053.99 |
| 07/29/16 | 5008 | Alan D. Lasko & Associates, o.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $9.78 | $29,044.21 |
| 07/29/16 | 5009 | Philip Mitchell<br>11353 Ave G<br>Chicago, Il 60617 | Final distribution to claim 1 representing a payment of 3.51 % per court order. | 7100-000 | | $63.25 | $28,980.96 |
| 07/29/16 | 5010 | Wilson Coleman<br>6950 S Jeffery Blvd<br>Apt 2A<br>Chicago, Il 60649 | Final distribution to claim 2 representing a payment of 3.51 % per court order. | 7100-000 | | $33.79 | $28,947.17 |
| 07/29/16 | 5011 | Weissberg And Associates, Ltd.<br>401 S. Lasalle Street, Suite 403<br>Chicago, Illinois 60605 | Final distribution to claim 3 representing a payment of 3.51 % per court order. | 7100-000 | | $85.08 | $28,862.09 |
| 07/29/16 | 5012 | Chicago Mini Bus<br>Aka Alma Letty Hudson<br>Mathieson Moyski Austin & Co<br>211 S Wheaton Ave Suite 300<br>Wheaton, Il 60187 | Final distribution to claim 5 representing a payment of 3.51 % per court order. | 7100-000 | | $148.66 | $28,713.43 |
| 07/29/16 | 5013 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $56.97 | $28,656.46 |

Page Subtotals: $0.00 $7,486.33

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35393 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Alma Laticia Velez-Hudson | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4487 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3362 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 6 representing a payment of 3.51 % per court order. | ($47.76) 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 7 representing a payment of 3.51 % per court order. | ($9.21) 7100-000 | | | |
| 07/29/16 | 5014 | Quantum3 Group Llc As Agent For Sadino Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 8 representing a payment of 3.51 % per court order. | 7100-000 | | $10.65 | $28,645.81 |
| 07/29/16 | 5015 | Women"s Business Development Center<br>C/O Teller, Levit & Silvertrust, P.C.<br>19 S. Lasalle - Suite 701<br>Chicago, Illinois 60603 | Final distribution to claim 9 representing a payment of 3.51 % per court order. | 7100-000 | | $2,653.52 | $25,992.29 |
| 07/29/16 | 5016 | Kyle Hudson<br>C/O Gregory K Stern Pc<br>53 W Jackson Blvd Ste 1442<br>Chicago, Il 60604 | Final distribution to claim 10 representing a payment of 3.51 % per court order. | 7100-000 | | $25,970.36 | $21.93 |
| 07/29/16 | 5017 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 12 representing a payment of 3.51 % per court order. | 7100-000 | | $21.93 | $0.00 |
| 08/10/16 | 5012 | Chicago Mini Bus<br>Aka Alma Letty Hudson<br>Mathieson Moyski Austin & Co<br>211 S Wheaton Ave Suite 300<br>Wheaton, Il 60187 | Final distribution to claim 5 representing a payment of 3.51 % per court order. Reversal Returned check as it was in the wrong creditor name. | 7100-000 | | ($148.66) | $148.66 |
| 08/26/16 | 5018 | Mathieson Moyski Austin & Co<br>211 S Wheaton Ave Suite 300<br>Wheaton, Il 60187 | Payment on Claim 5 | 7100-000 | | $148.66 | $0.00 |

| | COLUMN TOTALS | $50,000.00 | $50,000.00 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $50,000.00 | $50,000.00 |

| | Page Subtotals: | $0.00 | $28,656.46 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $500.00 |
| Net | $50,000.00 | $49,500.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4487 - Checking | $50,000.00 | $49,500.00 | $0.00 |
|  | $50,000.00 | $49,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $50,000.00 |
| Total Gross Receipts: | $50,000.00 |

Page Subtotals:   $0.00   $0.00